# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-23-00291-CV

**Amplify Credit Union, Appellant**

**v.**

**Susan Luigs Thompson and James D. Stoker II, Appellees**

### FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-002568, THE HONORABLE LAURIE EISERLOH, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant, Amplify Credit Union, has filed an unopposed motion to dismiss its petition for permissive appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana and Smith

Dismissed On Appellant's Motion

Filed: August 11, 2023